## Commonwealth *v.* Goodman, Appellant.

Submitted March 16, 1970. *Francis Ross Crumlish,* and *Crumlish and Kania,* for appellant; *David Richman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gorsline, Appellant.

Submitted March 19, 1970. *Michael J. Dowd,* Public Defender, for appellant; *C. Wayne Smyth,* First Assistant District Attorney, and *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Order affirmed.